UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LONNIE J. KAHOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2743** |
| **ORLEANS PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION: "T"** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file a timely objection to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Extension of Time (R. Doc. 8), plaintiff's Motion for Leave to Amend Complaint (R. Doc. 10), and plaintiff's Motion to Compel Production of Documents (R. Doc. 11) are DENIED on the showing made.

New Orleans, Louisiana, this  31st  day of      January     , 2023.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] Although plaintiff has requested additional time in which to file an objection, he has not articulated a showing that the additional time would facilitate preparation of a meritorious objection. Moreover, that motion was filed on September 30, 2022, and to this date, January 31, 2023, plaintiff has not filed in this Court any memorandum in support of an objection. Instead, he has filed motions for leave to amend his pleading and a motion to compel production of documents, neither of which convinces the Court that plaintiff will be able support his claims. Additionally, as the Magistrate Judge reasoned in her Report and Recommendation, plaintiff's claims are non-meritorious for a variety of reasons, which plaintiff has failed to address. Accordingly, the Court will deny the motions.